UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANTHONY J. SANTAMARINA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:19-CV-00392-MC<br><br><br>ORDER FOR REMAND |

    The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ), a de novo hearing, and a new decision in regard to Plaintiff's application(s) for benefits under the Social Security Act. On remand, the ALJ will re-evaluate the evidence, including the opinions from Dr. Imgard; re-evaluate Plaintiff's alleged symptoms and residual functional capacity, as necessary; and obtain supplemental vocational expert evidence to re-evaluate whether Plaintiff could perform other jobs existing in significant numbers in the national economy, as necessary.

    Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff will be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment shall be entered for Plaintiff.

    IT IS SO ORDERED this __20th__ day of __December__, 2019.

                                          s/Michael J. McShane
                                          UNITED STATES DISTRICT JUDGE